IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01817-PSF-CBS

KEITH VOGT;
THOMAS SATHER,

    Plaintiffs,

v.

PEAK PERFORMANCE TECHNOLOGIES, INC., et al.,

    Defendants.

## ORDER REGARDING SUBSTITUTION OF COUNSEL

The Court, having reviewed Defendant Argus Health Systems, Inc.'s Substitution of Counsel (Dkt. # 79), will consider such notice to be a <u>motion to withdraw</u>. The withdrawal of John Mark Baird as counsel for Defendant Argus in this matter is hereby GRANTED.

For future reference, however, the Court reminds counsel that notices of substitutions of counsel are not recognized in this district as having any effect other than an implied motion. Counsel are also directed D.C.COLO.LCivR 83.3D which expressly notes that "[a]n attorney who has appeared in a case may seek to withdraw <u>on motion</u> showing good cause." (Emphasis added.)

DATED: December 15, 2005

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge