IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01817-PSF-CBS

KEITH VOGT,

      Plaintiff,

v.

PEAK PERFORMANCE TECHNOLOGIES, INC.,
LAWRENCE G. SCHEIRMAN,
GERALD LEE SCHEIRMAN,
DOUGLAS ANDERSON,
THOMAS MOORE,
APEX FAMILY MEDICINE, L.L.C., a professional limited liability company,
MIA SCOTT,
STEPHEN MURRAY,
MEDICAL SIMULATION CORPORATION,
DAVE WILSON,
DICK SANDER,
WILLIAM YOUNKES,
COLORADO BAR ASSOCIATION,
JP MORGAN CHASE & CO.,
ARGUS HEALTH SYSTEMS, INC.,
WALGREEN CO.,
BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY,
BLUE CROSS BLUE SHIELD OF CALIFORNIA,
TOYOTA MOTOR SALES USA INC.,
AUTONATION, INC.,
STEVE LODHOLM,
ADT SECURITY SERVICES, INC., f/d/b/a SecurityLink,
STATE OF COLORADO,
CITY AND COUNTY OF DENVER,
MICHAEL JOYCE, in his capacity as Denver City Attorney,
INTERNAL REVENUE SERVICE,
KEITH ZOELLNER,
QUALITY DENVER, LLC,
PATRICK W. PINSON, and
LEVI TRUJILLO, III,

      Defendants.

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE DATED MARCH 2, 2006**

This matter is before the Court on the Recommendation of Magistrate Judge Shaffer entered March 2. 2006 (Dkt. # 122), in which he recommends dismissal without prejudice of the Second Amended Complaint filed by plaintiff Vogt on February 9, 2006 (Dkt. # 102).  More than 14 days have elapsed since the Recommendation and plaintiff has filed no objection to the Recommendation.  Defendants filed objections (Dkt. ## 134, 135 and 138) requesting that the dismissal be **with** prejudice.

The Court has reviewed the Recommendation and agrees that the Second Amended Complaint is subject to dismissal for all the reasons set forth in the Recommendation of the Magistrate Judge.  Moreover, the Court also agrees with the statement by the Magistrate Judge that "it would be appropriate for the court to recommend dismissal of the SAC [Second Amended Complaint] on the merits and with prejudice."  Recommendation at 18.  The Court also agrees with the Objections filed by Defendants Stephen Murray and Peak Performance Technologies, Inc. that the dismissal should be with prejudice.

Plaintiff has had three opportunities to file an appropriate complaint, as his original filing was permitted to be amended twice.  Plaintiff has failed to submit a proper filing.  Plaintiff Vogt does not appear to have the willingness or ability to prepare a proper complaint.  What is true in baseball is generally observed in federal pleading practice, as can be seen from the cases cited by Defendant Stephen Murray, D.D.S.'s Objection: "Three strikes and you're out."

**CONCLUSION**

For the reasons set forth above and in the Recommendation of the Magistrate

Judge, the Second Amended Complaint (Dkt. # 102) is DISMISSED with prejudice.

All other pending motions in this case are DENIED as moot.  The Clerk of the Court is

DIRECTED to enter judgment accordingly.

DATED: March 17, 2006

BY THE COURT:


*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge